FILED

NOV 30 2020

B 2100A (Form 2100A) (12/15)

DOUGLAS E. WEDGE
CLERK U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
BY:_____DEPUTY

# UNITED STATES BANKRUPTCY COURT

Western District of Oklahoma

In re  Teresa Williams                            ,         Case No.  19-12002

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust

MTGLQ Investors, L.P.

| Name of Transferee | Name of Transferor |
|---|---|

Name and Address where notices to transferee should be sent:
 c/o SN Servicing Corporation
 323 Fifth Street
 Eureka, CA 95501

Phone:  800.603.0836
Last Four Digits of Acct #:  8892

Court Claim # (if known):  5
Amount of Claim:  $42,633.84
Date Claim Filed:  06/14/2019

Phone: _____
Last Four Digits of Acct. #:  5555

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: 11/20/2020
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.